| Trustee Name, Address, Phone, Fax, Email: <br> RICHARD A. YANAGI <br> Chapter 7 Bankruptcy Panel Trustee <br> P.O. Box 25595 <br> Honolulu, HI 96825 <br> Phone: (808)599-0339 <br> Fax: (808) 312-6305 <br> Email: yanagichap7@gmail.com | **UNITED STATES BANKRUPTCY COURT** <br> **DISTRICT OF HAWAII** |
|---|---|
| Debtor(s): <br> RICHARDSON, JEAN LORRAINE | Case No.: 15-01389 <br><br> Chapter 7 |
| **NOTICE OF DEPOSIT OF UNCLAIMED FUNDS** ||
| Total funds being deposited with the court pursuant to Fed. R. Bankr. P. 3011: This amount represents unclaimed funds on the claim(s) listed below. | $19,783.33 |

*[List claimants for unclaimed funds below - attach continuation sheets if necessary.]*

| Claim No. | Claimant Name and Address | Amount |
|---|---|---|
| N/A – surplus to Debtor | Jean Lorraine Richardson <br> 4323 Colden Street Apt 17E <br> Flushing, NY 11355 | $19,783.33 |
| Dated: October 18, 2021 | /s/ RICHARD A. YANAGI <br> Trustee | |

U.S. Bankruptcy Court - Hawaii   #15-01389   Dkt # 58   Filed 10/18/21   Page 1 of 1